# United States District Court
## for the
## Western District of Louisiana

## Request for Modifying the Conditions of Supervision

| | | |
|---|---|---|
| Offender: | Todd Allen Booth | Docket No. 2:13-CR-00263-1 |
| Sentencing Judge: | The Honorable Patricia H. Minaldi, U.S. District Judge | |
| Assigned Judge: | The Honorable James D. Cain, Jr., U.S. District Judge | Date of Report: 3/11/2020 |

Date of Original Sentence:   July 17, 2014; Amended sentence July 17, 2017

Original Offense:    Possession of Firearms by a Convicted Felon / Forfeiture Allegation

Original Sentence:    One hundred eighty (180) months Bureau of Prisons; Five (5) years Supervised Release; Amended to Ninety-six (96) months Bureau of Prisons; Three (3) years Supervised Release

Type of Supervision:   Supervised Release        Date Supervision Commenced: Projected April 18, 2020

---

### PETITIONING THE COURT

To modify the conditions of supervision by adding the following special condition:

**The defendant must reside at the CINC II Halfway House in Lake Charles, Louisiana, for a term of up to six (6) months beyond the date of your release from the Bureau of Prisons or until such time as you establish a viable residence plan approved by the U.S. Probation Office. While at the CINC II Halfway House, you are to abide by the rules and regulations of the facility. Once a viable residence has been approved, you may be released from the CINC II Halfway House by the probation office.**

## CAUSE

Booth should complete his term of imprisonment on April 18, 2020, and his three-year term of supervised release will commence. He has no acceptable post-release residence plan. He is currently at the CINC II Halfway House in Lake Charles, Louisiana. Extending the time he could spend in the Residential Reentry Center will prevent Booth from being homeless, and should allow time for him to acquire an acceptable residence. On March 10, 2020, Booth executed a waiver (PROB 49), and consented to this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:                                              Reviewed and Approved by:

_____                              _____
Justin Opdenhoff                                            Scotty Melancon
U. S. Probation Officer                                     Supervising U. S. Probation Officer

**THE COURT ORDERS:**

☐   No Action
☒   The Modification of Conditions as Noted Above
☐   Other

_____
The Honorable James D. Cain, Jr.
United States District Judge

March 16, 2020
Date