PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF LOUISIANA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd Allen Booth        Case Number: 2:13CR-00263-001

Name of Sentencing Judicial Officer: Honorable Patricia Minaldi, U.S. District Judge

Name of Assigned Judicial Officer: Honorable James D. Cain, Jr., U.S. District Judge

Date of Original Sentence: July 17, 2014

Date of Amended Sentence: July 17, 2017

Original Offense: Possession of Firearms by a Convicted Felon / Unlawful Transport of Firearms With Forfeiture Allegations

Original Sentence: One hundred eighty months imprisonment, followed by five years supervised release.

Amended Sentence: Ninety-six months imprisonment, followed by three years supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: April 18, 2020

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other

**The probation officer believes that the offender has violated the following condition(s) of supervision.**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition No. 2:** The defendant must reside at the CINC II Halfway House in Lake Charles, Louisiana, for up to six (6) months beyond his release from the Federal Bureau of Prisons, or until he is able to establish an approved residence. While residing at the halfway house, the defendant is to comply with all rules and regulations. |

On May 12, 2020, RRC staff advised the U.S. Probation Office that Booth engaged in a physical altercation with a security monitor. The staff then ordered him removed from CINC II.

Evidence to support the violations includes the testimony of the probation office and the written statement from the CINC II Residential Re-entry staff.

U.S. Probation Officer Recommendation:

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for __ years, for a total term of __ years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2020

*Justin Opdenhoff*
Justin Opdenhoff, U.S. Probation Officer