PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF LOUISIANA

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Todd Allen Booth        Case Number: 2:13CR00263-001

Name of Sentencing Judicial Officer: Honorable Patricia Minaldi; Reassigned to the Honorable James D. Cain, Jr.

Date of Original Sentence: July 17, 2014
Date of Revocation Sentence: July 16, 2020

Original Offense: Possession of Firearms by a Convicted Felon

Original Sentence: 180 months imprisonment, 5 years supervised release.  Amended to 98 months imprisonment, 3 years supervised release.

Revocation Sentence: Time served in federal custody since May 17, 2020, 2 years supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: April 18, 2020

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other

**The probation officer believes that the offender has violated the following condition(s) of supervision.**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition No. 3:** The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periotic drug testes thereafter, as determined by the court. |

| | | |
|---|---|---|
| **PROB 12C** | - 2 - | **Petition for Warrant or Summons for Offender Under Supervision** |
| **Name of Offender:** <u>Todd Allen Booth</u> | | **Case Number:** <u>2:13CR00263-001</u> |

    On April 15, 2021, Booth admitted to this officer that he was currently using methamphetamine.

    Evidence to support the violation includes the testimony of the probation office and the lab report.

2        **Standard Condition No. 3:**  You must not knowingly leave the federal Judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

    On April 15, 2021, Booth admitted that he was not within the Western District of Louisiana, that he was currently in Baton Rouge, Louisiana in a LaQuinta Inn motel.  The U.S. Probation office did not authorize this travel.

    Evidence to support the violation includes the testimony of the probation office.

3        **Standard Condition No. 5:**  You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    As of April 16, 2021, Booth's whereabouts are unknown.

    Evidence to support the violation includes the testimony of the probation office.

| PROB 12C | - 3 - | Petition for Warrant or Summons for Offender Under Supervision |
|---|---|---|
| **Name of Offender:** <u>Todd Allen Booth</u> | | **Case Number:** <u>2:13CR00263-001</u> |

4  **Standard Condition No. 7:**  You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses you from doing so.  If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

  Booth has not provided the probation office with requested employment verification since December 2, 2020.

  Evidence to support the violation includes the testimony of the probation office.

5  **Standard Condition No. 13:**  You must follow the instructions of the probation officer as related to the conditions of supervision.

  On April 15, 2021, Booth was instructed to contact U.S. Probation officer daily until he entered an inpatient rehabilitation facility to provide updates on his current whereabouts as well as his current use of illegal substances. The last contact this officer had with Booth was on April 16, 2021.

  On April 15, 2021, Booth was instructed to report to New Beginnings, 145 Victoria Street, Lake Charles, Louisiana on April 18, 2021, at 11:00 a.m., for purposes of inpatient substance abuse treatment. This officer spoke with New Beginnings on April 19, 2021 and verified that Booth did not show up for inpatient treatment.

  Evidence to support the violation includes the testimony of the probation office.

| | | |
|---|---|---|
| **PROB 12C** | - 4 - | **Petition for Warrant or Summons for Offender Under Supervision** |
| **Name of Offender: Todd Allen Booth** | | **Case Number: 2:13CR00263-001** |

U.S. Probation Officer Recommendation:

    The term of supervision should be:
        ☒    Revoked
        ☐    Extended for _____ years, for a total term of _____ years.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on    April 26, 2021

        _____
        Cristina R. Cypher, U.S. Probation Officer