# UNITED STATES DISTRICT COURT

Western District of Louisiana

Lake Charles Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | |
| TODD ALLEN BOOTH | Case Number: 2:13-CR-00263-1 |
| | USM Number: 06953-095 |
| | James Lorne Klock |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Violation #1, MC No. 3, Violation #2, St. C. No. 3, Violation #3, St. C. No. 5, Violation #4, St. C. No. 7, Violation #5, St. C. No. 13.   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See Pages 2 and 3 | | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violations(s) conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 20, 2022
Date of Imposition of Judgment

*/s/ James D. Cain, Jr.*
Signature of Judge

James David Cain, United States District Judge
Name of Judge / Title of Judge

January 24, 2022
Date

DEFENDANT: TODD ALLEN BOOTH
CASE NUMBER: 2:13-CR-00263-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Offense | Violation Ended |
|---|---|---|
| 1 | **Mandatory Condition No. 3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On April 15, 2021, Booth admitted to this officer that he was currently using methamphetamine.<br>Evidence to support the violation includes the testimony of the probation office and the lab report. | April 15, 2021 |
| 2 | **Standard Condition No. 3:** You must not knowingly leave the federal Judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>On April 15, 2021, Booth admitted that he was not within the Western District of Louisiana, that he was currently in Baton Rouge, Louisiana in a LaQuinta Inn motel. The U.S. Probation office did not authorize this travel.<br>Evidence to support the violation includes the testimony of the probation office. | April 15, 2021 |
| 3 | **Standard Condition No. 5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>As of April 16, 2021, Booth's whereabouts are unknown.<br><br>Evidence to support the violation includes testimony of the probation office. | April 16, 2021 |

Judgment — Page **3** of **4**

DEFENDANT:        TODD ALLEN BOOTH
CASE NUMBER:   2:13-CR-00263(1)

| | | |
|---|---|---|
| **4** | **Standard Condition No. 7:** You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>Booth has not provided the probation office with requested employment verification since December 2, 2020.<br><br>Evidence to support the violation includes the testimony of the probation office. | December 2, 2020 |
| **5** | **Standard Condition No. 13:** You must follow the instructions of the probation officer as related to the conditions of supervision.<br><br>On April 15, 2021, Booth was instructed to contact U.S. Probation officer daily until he entered an inpatient rehabilitation facility to provide updates on his current whereabouts as well as his current use of illegal substances. The last contact this officer had with Booth was on April 16, 2021.<br><br>On April 15, 2021, Booth was instructed to report to New Beginnings, 145 Victoria Street, Lake Charles, Louisiana on April 18, 2021, at 11:00 a.m., for purposes of inpatient substance abuse treatment. This officer spoke with New Beginnings on April 19, 2021 and verified that Booth did not show up for inpatient treatment.<br><br>Evidence to support the violation includes the testimony of the probation office. | April 15, 2021 |

Judgment — Page **4** of **4**

DEFENDANT:       TODD ALLEN BOOTH
CASE NUMBER:     2:13-CR-00263-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **21 months with credit for time served in Federal custody.** No term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL